# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Angela W. Adolph
Milling, Benson, Woodward
909 Poydras Street, Suite 2300
New Orleans LA 70112-1010

Hilton Sutton Bell
Milling Benson, et al
909 Poydras Street, Suite 2300
New Orleans LA 70112-1010

## REHEARING ACTION: September 14, 2011

**Docket Number: 11   00379-CA**

**IN RE:  APPEAL OF ANR PIPELINE CO., MONA KELLEY, IN HER OFFICIAL CAPACITY AS CAMERON PARISH TAX ASSESSOR**
**VERSUS**
**ANR PIPELINE COMPANY, ET AL.**

**Appealed from Cameron Parish Case No. 10-18579**

<u>**BEFORE JUDGES**</u>**:**

    **Hon. Ulysses Gene Thibodeaux**
    **Hon. Jimmie C. Peters**
    **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **ANR Pipeline Company, et al** has this day been

    **DENIED.**

Also, you are hereby notified that the request for en banc rehearing filed by **ANR**

**Pipeline Company, et al** has this day been

    **DENIED.**

cc: Robert Dean Hoffman, Jr., Counsel for the Appellee
    Brian Andrew Eddington, Counsel for the Appellee